NOT FOR PUBLIC VIEW

AO 93 (Rev. 11/13) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT

FILED

for the

17 SEP -5 PM 1:54

Southern District of California   CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | BY: ___ DEPUTY |
| | ) | Case No. '17 MJ3037 |
| One Apple iPhone 6 Cellular Telephone IMEI: 355603085713750 | ) ) | |
| | ) | |

### SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference).

YOU ARE COMMANDED to execute this warrant on or before _Sept. 8, 2017_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Bernard G. Skomal_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    _8/24/17   1:20 P.M._                    _____
                                                                                                *Judge's signature*

City and state:    San Diego, California                    Hon. Bernard G. Skomal, United States Magistrate Judge
                                                                                                *Printed name and title*

STEVE LEE
8/27/17
X 8893

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 5413 14E MS4 0047 | Date and time warrant executed: 08/24/17 2:00 P.M. | Copy of warrant and inventory left with: HSI SA GRUNST |
| Inventory made in the presence of: HSI SA GRUNST | | |
| Inventory of the property taken and name of any person(s) seized: | | |

iPhone Seized from Jerred Berg

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/30/17

_____
Executing officer's signature

Johnson H. Pham, Special Agent
_____
Printed name and title